**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

Joseph Texada Dalrymple
Attorney at Law
1450 Dorchester Drive
Alexandria LA 71301

**REHEARING ACTION: July 7, 2010**

**Docket Number: 10   00103-CA**

**SHANE KERRY**
**VERSUS**
**CHARLES PEARSON, M.D.**

**Appealed from Calcasieu Parish Case No. 2008-4739**

**BEFORE JUDGES:**

    **Hon. Oswald A. Decuir**
    **Hon. Marc T. Amy**
    **Hon. James T. Genovese**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Shane Kerry** has this day been

    **DENIED.**

cc: Daniel Charles Palmintier, Counsel for the Appellee